United States District Court
District of Connecticut
FILED AT HARTFORD
March 24, 2009
Roberta D. Tabora, Clerk
By S. L. Smith
Deputy Clerk

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA          :

                    v.            :          CRIMINAL NO. 3:09CR 66 (AWT)

                                  :          VIOLATION:
RICHARD J. BERGER                 :          18 U.S.C. §§ 1030(a)(2)(C) and (c)(2)(B)(i)
                                  :          (Illegal Access of a Protected Computer)

                                  :

## INFORMATION

The United States Attorney charges as follows:

## COUNT ONE

On or about August 9, 2007, in the District of Connecticut and elsewhere, RICHARD J.

BERGER, the defendant herein, for purposes of commercial advantage and private financial

gain, knowingly and intentionally accessed and caused to be accessed from a computer in his

office in New York, New York, a server at The Hartford in Connecticut without authorization

and thereby electronically obtained information from that protected computer, regarding account

# 7100***** and customer F.S., namely, information including name, address, contract number,

purchase date, contract type, product type, owner name, annuitant, current broker, investment

summary, product, unit value, and total premium payments, such conduct involving an interstate

communication on a computer used in interstate commerce and communication.

All in violation of Title 18, United States Code, Sections 1030(a)(2)(C) and (c)(2)(B)(i).

UNITED STATES OF AMERICA

_____
NORA R. DANNEHY
ACTING UNITED STATES ATTORNEY

_____
ANTHONY E. KAPLAN
SUPERVISORY ASSISTANT
UNITED STATES ATTORNEY

_____
CHRISTOPHER W. SCHMEISSER
SENIOR LITIGATION COUNSEL