UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA,

   Plaintiff,

      v.                                                          No. 3:09-CR-00066 (AWT)

RICHARD J. BERGER

   Defendant.

### RULING and ORDER on the GOVERNMENT'S MOTION FOR EXAMINATION OF JUDGMENT DEBTOR and FOR A HEARING ON DEFENDANT'S ABILITY TO PAY JUDGMENT

The Government having filed a Motion to Examine Judgement Debtor and for a hearing on Defendant's ability to pay the judgment rendered against Defendant, it is hereby,

ORDERED that the Motion for Examination of Judgment Debtor and for a Hearing **(ECF No. 23)** is **GRANTED.**

It is further ORDERED that the Defendant, Richard J. Berger, appear before the District Court in a virtual hearing on Zoom to be examined under oath concerning his assets and his ability to pay the judgment. The Court may make such orders at the hearing or thereafter that it determines to be reasonably calculated to facilitate payment of the judgment. A date for the virtual hearing will be set during a Telephone Conference on **December 17, 2020 at 11:00AM**. A separate calendar will enter with call-in instructions.

It is further ORDERED that the Defendant bring with him and produce at the virtual hearing all documents sought by the Plaintiff's Financial Discovery Request and Request for Production served on or about May 19, 2020, as well as a completed copy of the financial statement attached to the Plaintiff's motion at Exhibit "A", *see* (ECF No.23-1), to facilitate the Court's examination of the Defendant.

The Defendant is advised that failure to appear before the Court at the scheduled time and place

1

2

and produce the aforementioned documents as ordered above, may subject the Defendant to being held in Contempt of Court and having a *Capias* issue for his arrest.

      SO ORDERED on 4th day of December, 2020, at Bridgeport, Connecticut.

                                  ___/s/_____
                                  William I. Garfinkel
                                  United States Magistrate Judge